# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3097

_____

Homer Buckles,                                    *
                                                  *
            Appellant,                            *
                                                  *
      v.                                          *   Appeal from the United States
                                                  *   District Court for the
Bill Hedrick, Warden, U.S. Medical                *   Western District of Missouri.
Center for Federal Prisoners,                     *        [Unpublished]
                                                  *
            Appellee.                             *

_____

Submitted: October 3, 2003

Filed: October 7, 2003

_____

Before MURPHY, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM

        Federal inmate Homer Buckles, confined in the United States Medical Center
for Federal Prisoners at Springfield, Missouri, appeals the district court's dismissal
without prejudice of his 28 U.S.C. § 2241 petition as moot. We grant Buckles leave
to proceed in forma pauperis on appeal. We conclude the case is not moot because
the record does not foreclose all reasonable expectations that the alleged violation
could recur during Buckles's incarceration. See County of Los Angeles v. Davis, 440
U.S. 625, 631 (1979); St. Louis Fire Fighters Ass'n Int'l Ass'n of Fire Fighters Local

73 v. City of St. Louis, Mo., 96 F.3d 323, 329 (8th Cir. 1996).  Nonetheless, Buckles has not rebutted respondent's evidence that Buckles failed to exhaust administrative remedies.  See 28 C.F.R. § 542 (2002); United States v. Chappel, 208 F.3d 1069, 1069-70 (8th Cir. 2000) (per curiam).

Accordingly, we affirm the district court's dismissal without prejudice, but modify it to reflect that the dismissal is for Buckles's failure to exhaust administrative remedies.  See 8th Cir. R. 47A(a).

_____